NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARPLAY, INC.,**
*Appellant*

**v.**

**CUSTOMPLAY, LLC,**
*Appellee*

---

2016-1152, 2016-1153

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00339, IPR2014-00383.

---

**JUDGMENT**

---

BRIAN TUCKER, Kirton & McConkie, Salt Lake City, UT, argued for appellant. Also represented by JAMES T. BURTON.

JOHN C. CAREY, Carey, Rodriguez, Greenberg & Paul, LLP, Miami, FL, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 16, 2016                    /s/ Peter R. Marksteiner
Date                                    Peter R. Marksteiner
                                         Clerk of Court